3 So.2d 923

## Fleetwood KYSER v. STATE.

### 6 Div. 730.

Court of Appeals of Alabama.
May 13, 1941.

F. F. Windham, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.